WALTER STERNBERG, respondent,

*v.*

ROSE STERNBERG et al., appellants.

[Submitted March 24th, 1914.   Decided May 8th, 1914.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Stevens.

*Mr. Otto A. Stiefel,* for the appellants.

*Messrs. Riker & Riker,* for the respondent.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stevens.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, MINTURN, BOGERT, VREDENBURGH, WHITE, HEPPENHEIMER—10.

*For reversal*—None.